# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEOFF HESS AND STACIE HESS, H/W, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| POWER TOOL SPECIALISTS, INC. AND | : | |
| REXON INDUSTRIAL CORP., LTD D/B/A | : | NO.  19-CV-1573 |
| REXON D/B/A REXON INDUSTRIAL D/B/A | : | |
| POWER TOOL SPECIALISTS D/B/A POWER | : | |
| TOOL SPECIALISTS, INC. D/B/A | : | |
| TRADESMAN POWER TOOLS D/B/A | : | |
| TRADESMAN | : | |
| | : | |
| Defendants. | | |

## CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT

I, Thomas A. Lynam, III, Esquire, hereby certify that Plaintiffs' Summons and Civil Action Complaint were served on April 22, 2019 upon **Defendant, Power Tool Specialists, Inc.** at 684 Huey Road, Rock Hill, SC 29730, *via **Certified Mail – Return Receipt Request No. 7014 0150 0000 0245 6641***, a copy of which is attached hereto and marked as Exhibit "1".

**VILLARI, LENTZ & LYNAM, LLC**

  */s/ Thomas A. Lynam*
THOMAS A. LYNAM, III, ESQUIRE
LEONARD G. VILLARI, ESQUIRE
I.D. No. 83817/68844
100 N. 20th Street, Suite 320
Philadelphia, PA 19103
215-568-1990
Attorneys for Plaintiffs

Date: April 25, 2019

# EXHIBIT "1"



**VILLARI, LENTZ & LYNAM, LLC**
——— TRIAL LAWYERS ———

LEONARD G. VILLARI*
THOMAS A. LYNAM, III**
*ALSO ADMITTED TO NJ BAR
**ALSO ADMITTED TO NJ AND DC BARS

OF COUNSEL
BRYAN R. LENTZ*

STEPHEN W. BRENNAN
JOSHUA G. VILLARI
LAURA M. SIEGLE*
*ALSO ADMITTED TO NJ BAR

April 17, 2019

*Via Certified Mail – Return Receipt Requested*
*No.: 7014 0150 0000 0245 6641*
Power Tool Specialists, Inc.
684 Huey Road
Rock Hill, SC 29730

   Re: ***Geoff Hess and Stacie Hess, h/w v. Power Tool Specialists, Inc. and Rexon Industrial Corp. d/b/a Rexon Industrial Corp., LTD d/b/a Rexon d/b/a Rexon Industrial d/b/a Power Tool Specialists d/b/a Power Tool Specialists, Inc. d/b/a Tradesman Power Tools d/b/a Tradesman***
     ***USDC for the Eastern District of PA; Docket No.: 19-Cv-1573***

Dear Sir/Madam:

  Enclosed please find Plaintiffs' Civil Action Summons and Complaint filed in the United States District Court for the Eastern District of Pennsylvania naming Power Tool Specialists, Inc. as a Defendant. Please forward this Complaint to your legal representative so it may be responded to pursuant to the guidelines of the Federal Rules of Civil Procedure.

  Thank you.

             Very truly yours,

             THOMAS A. LYNAM, III

TAL/mi
Enclosures

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Power Tool Specialists, Inc.
Street, Apt. No.; or PO Box No.: 684 Huey Road
City, State, ZIP+4: Rock Hill, SC 29730

7014 0150 0000 0245 6641

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Power Tool Specialists, Inc.
684 Huey Road
Rock Hill, SC 29730

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7014 0150 0000 0245 6641

PS Form 3811, July 2013    Domestic Return Receipt